**Adron Littlemon FLOYD,**
**Plaintiff–Appellant,**

v.

**Trish KOSKINIEMI, Nurse; Gloria Hill, Health Unit Manager; Terry Mallory, Regional Health Care Administrator, Defendants–Appellees.**

No. 02–1835.

United States Court of Appeals, Sixth Circuit.

Feb. 5, 2003.

Before RYAN, BATCHELDER, and

LAY,* Circuit Judges.

*ORDER*

Adron Littlemon Floyd appeals a district court judgment that dismissed his civil rights complaint filed under 42 U.S.C. § 1983 for failure to state a claim upon which relief can be granted. This case has been referred to a panel of the court pursuant to Rule 34(j)(1), Rules of the Sixth Circuit. Upon examination, this panel unanimously agrees that oral argument is not needed. Fed. R.App. P. 34(a).

Floyd filed his complaint in the district court alleging that the defendant Michigan prison officials did not afford him adequate medical treatment for a skin condition. Plaintiff named as defendants a prison nurse practitioner, the health unit manager, and the regional health care administrator, all in unspecified capacities, and sought declaratory and injunctive relief and compensatory and punitive damages. The district court dismissed the complaint sua sponte for failure to state a claim upon which relief can be granted. This timely appeal followed.

Upon de novo review, *see McGore v. Wrigglesworth,* 114 F.3d 601, 604 (6th Cir. 1997), we will affirm the judgment for the reasons stated by the district court in its opinion dated April 8, 2002. Essentially, plaintiff failed to set out a cognizable Eighth Amendment claim. *See Farmer v. Brennan,* 511 U.S. 825, 835–36, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994); *Estelle v. Gamble,* 429 U.S. 97, 104–06, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976); *Westlake v. Lucas,* 537 F.2d 857, 860 n. 5 (6th Cir.1976).

* The Honorable Donald P. Lay. United States Circuit Judge for the Eighth Circuit, sitting by designation.

Accordingly, the district court's judgment is affirmed. *See* Rule 34(j)(2)(C), Rules of the Sixth Circuit.